| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
August 12, 2021
Nathan Ochsner, Clerk

Joe Miranda, §
    Petitioner, §
 §
v. §
 § Civil Action H-21-809
Henry A. Trochesset, §
Galveston County Sheriff, §
    Respondent. §

# Order of Adoption

On June 29, 2021, Magistrate Judge Peter Bray recommended that the court dismiss Joe Miranda's petition for writ of habeas corpus. (12) No objections were filed. The court adopts the report and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed on August ___12___, 2021, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge